**SEALED**

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **CRIMINAL COMPLAINT** <br> **SEALED** <br> CASE NUMBER: 1:16-mj-0283 |
| ASHLEY N. JOHNSON | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about April 2016 to the present, in Marion County and elsewhere, in the Southern District of Indiana, defendant did,

knowingly and willfully make false statements relating to health care matters, in violation of Title 18, United States Code, Section 1035, and commit aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a).  I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof.

David White, Special Agent
HHS-OIG

Sworn to before me, and subscribed in my presence

May 3, 2016                                      at    Indianapolis, Indiana
Date

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                    Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

*Under Seal*

David R. White, Special Agent, United States Department of Health and Human Services, Office of Inspector General, Office of Investigations, Indianapolis, Indiana, being duly sworn, states:

*Introduction*

1. I am a Special Agent with the United States Department of Health and Human Services, Office of Inspector General (OIG). I have been so employed by the OIG for the past eighteen years. I have participated in investigations involving health care fraud and other violations of Federal law. I am also assigned as a Task Force Officer with the Southern District of Indiana's Federal Health Care Fraud Task Force. Prior to my current employment, I was employed as the Deputy Chief Investigator for the Missouri Medicaid Fraud Control Unit and also as a Criminal Investigator for the Indiana Medicaid Fraud Control Unit. I am a Law Enforcement Officer of the United States and I am empowered to conduct investigations, execute warrants, and to make arrests for offenses committed against the United States enumerated in, but not limited to, Titles 18 and 42 of the United States Code.

2. I am currently assigned to the investigation of Ashley N. Johnson (Johnson). This investigation has identified that Johnson made false statements relating to health care matters, in violation of 18 U.S.C. § 1035; and knowingly possessed and used, without lawful authority, a means of identification of another person, in violation of 18 U.S.C. 1028A. The statements contained in this affidavit are based in part on information provided by, and conversations held with, Detectives from the Indianapolis (Indiana) Metropolitan Police Department, Special Agents

1

of the Federal Bureau of Investigation (FBI), Investigators from the State of Indiana, Government witnesses, and on my experience and background as a Special Agent of the OIG. Since this affidavit is being submitted for the purpose of securing an arrest warrant for Johnson, I have not included each and every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish the required foundation for the issuance of the requested warrant.

3.  The purpose of this affidavit is to set forth probable cause for the issuance of a warrant for the arrest of Johnson. Johnson, date of birth xx xx, 1990, Social Security xxx-xx-1007, is believed to reside at XX, Indianapolis, Indiana.

### *Federal Statutes*

4.  **False statements relating to health care matters**: Title 18, United States Code, Section 1035 makes it unlawful for any person, in any matter involving a health care benefit program, to knowingly and willfully make any materially false, fictitious, or fraudulent statements or representations, or make or use any materially false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in connection with the delivery of or payment for health care benefits, items, or services.

5.  **Aggravated identity theft**: Title 18, United States Code, Section 1028A(a) makes it unlawful for a person to knowingly possess or use, without lawful authority, a means of identification of another person during and in relation to various crimes, including a violation of 18 U.S.C. § 1035, listed above. Title 18, United States Code, Section 1028(d)(7)(A) defines "means of identification" to include a State or government issued identification number.

*Initiation of Investigation*

6. On April 26, 2016, the OIG initiated an investigation into Johnson based on information obtained from the Indianapolis Metropolitan Police Department (IMPD). This information was that Johnson had unlawfully obtained and utilized a Registered Nurse's (RN) license that belonged to another person. Further, Johnson used this RN license, and its corresponding unique Indiana State license number, to obtain employment at a nursing home as a RN. As RN, she provided services that are funded, in part, by the Medicare and Indiana Medicaid Programs. The Medicare and Indiana Medicaid Programs are health care benefit programs within the meaning of Title 18, United States Code, Section 24(b).

7. On April 26, 2016, I was informed by IMPD that the Clearvista Lake Health Campus (CLH) nursing home reported that they had recently hired Johnson as a nurse. Johnson had represented to CLH that she was an RN and provided them with her purported RN license number. Shortly after hiring Johnson, she gave the wrong medications to a patient. Following this incident, CLH learned that the RN license number Johnson provided was actually registered to a different nurse with the same first and last name as Johnson.

8. On April 26, 2016, I began investigating Johnson. I learned that a similar complaint was made against Johnson by another nursing home in or around November 2015.

*Interview of CLH interim Executive Director*

9. On April 28, 2016, I interviewed Cheryl Johnson (Cheryl) who is the Interim Executive Director at CLH. CLH is located at 8405 Clearvista Place in Indianapolis, Indiana, and is in the Southern District of Indiana. Cheryl stated that Johnson applied on-line for an RN position at CLH in April 2016. Cheryl advised that Johnson stated in the on-line application that she had graduated from Medtech College, was an RN, and that her RN license number was

28184272A. Cheryl stated that an initial background check was run on Johnson. The RN license number Johnson provided did come back as being registered to the name Ashley Johnson. Cheryl provided me with a copy of this application and other documents related to Johnson. Below are excerpts taken from the on-line application submitted by Johnson.

---

**Type of Professional License(s) you hold**

| License Type: | License #: |
| --- | --- |
| RN | 28184272A |

**State(s) in which you are registered/licensed, if applicable**
US: Indiana

---

**2. Undergraduate College/University**
Medtech college

| Location | |
| --- | --- |
| Indianapolis | |
| Did you graduate? | Years completed |
| Yes | 2 |
| Course of Study | Diploma/Degree |
| RN | ASN |

---

10. Cheryl stated that Johnson was interviewed on April 11, 2016. During this interview Johnson represented herself as an RN, that she had worked at Rosewalk Village for the last 6.5 years - first as an aide and then as an RN beginning in 2009. Cheryl stated that Johnson was interviewed by CLH RN Laura Edwards (Edwards).

11. Cheryl stated that Johnson was hired by CLH as an RN. Johnson then signed an employment activation form on April 12, 2016. Cheryl stated that this form indicated Johnson was

4

being hired for an RN position. Johnson's start date at CLH was April 19, 2016. An excerpt of this form is below.

```
TRILOGY                                    Employment Activation Form
HEALTH SERVICES, LLC

We have enjoyed our discussions with you regarding employment as part of our team! It gives me great
pleasure to extend the following offer of employment to you. This offer of employment is contingent upon the
successful completion and/or results of a criminal background check, the verification of current acceptable
licensure (if applicable), completion of your pre-employment physical and Tuberculosis screen, and a pre-
employment drug screen. You will receive more information regarding your first day of employment with
various forms to complete in the near future.

Date of Offer: 4-12-16              Campus: CLHC
Name: Ashley Johnson                Title: RN
Address:                            Reports to: Nursing
         317.884.2593               Date of Hire: _____
Starting Wage: 27.00                Shift Differential: $ 1.00
Status:  ☒FT ☐PT ☐PRN ☐Temporary    Shift: ☐Days ☒Evenings ☐Nights
                                           ☐Weekend Only ☐Other
Hourly/Salary: Hourly               Scheduled Hours: 7 30 hrs

I accept this offer of employment.
Signature: Ashley Johnson           Date: 04/12/16    Date of Birth: 07/19/1990
```

12.    Cheryl stated that she did meet Johnson in person and spent 3 hours with her during Johnson's orientation. Cheryl stated that Johnson attended orientation with approximately 6 other newly hired CLH employees. During this orientation Johnson introduced herself as an RN. Cheryl was shown Johnson's BMV photograph as well as photographs from Johnson's social media sites. Cheryl confirmed that the photographs were of the same Johnson that applied and worked at CLH.

13.    Cheryl stated that on April 24, 2016, Johnson gave the wrong medication to "Patient A," who is a Medicaid recipient. Cheryl stated that shortly after this incident, CLH received information, from one of Johnson's references, that Johnson was not an RN. Cheryl

5

stated that CLH employee Kyle Wilbur then contacted the Indiana Professional Licensing Agency (IPLA) and provided them with Johnson's RN license number and her social security number. IPLA then advised that the RN license was registered under a different social security number.

14.   Cheryl stated that on April 25, 2016, she called Johnson at 317-384-2593. Cheryl explained the discrepancy to Johnson and asked Johnson to provide her RN license and social security numbers in case there was a mistake. Cheryl stated that Johnson then read her RN license number (28184272A) and her social security number (XXX-XX-1007) to Cheryl.

15.   Cheryl stated that CLH then requested Johnson's college transcripts from Medtech College. Medtech provided CLH with Johnson's transcripts, which showed that she did not graduate from Medtech. Johnson's transcript is below.



16. Cheryl stated that Johnson was scheduled to work at CLH on April 26, 2016. Cheryl stated that Johnson did not show up for work and Johnson has not contacted CLH.

### *Previous Complaint on Johnson*

17. On April 28, 2016, I received and reviewed documents concerning a previous complaint on Johnson, which was made on November 20, 2015. This complaint was submitted to the Indiana Attorney General's Office by a representative of the Rosewalk Village nursing home. The complaint alleged that a person named Ashley Nichole Johnson had worked as an RN at the Rosewalk Village nursing home until her RN license number could not be verified. The complaint stated that Johnson was terminated after being repeatedly asked to provide verification of her RN

7

license. I reviewed Johnson's application and employee file from Rosewalk Village nursing home. Below are excerpts taken from those documents:

| TIME EMPLOYED | NAME, ADDRESS AND PHONE OF EMPLOYER (List most recent) | NAME AND TITLE OF SUPERVISOR | POSITION HELD AND RATE OF PAY | REASON FOR LEAVING |
|---|---|---|---|---|
| From 03/2014 To 07/2015 | Division of Family Resources Ph: (317) 578-1700 | Dana Fruits | Eligibility Assistant 10.50 | |
| From 03/2012 To 03/2014 | N&T Management Ph: (317) 730-0727 | Tonya Johnson | Leasing Agent 12.00 | Company Closed |
| From 05/2010 To 06/2011 | Hooverwood Ph: (317) 251-2261 | Dawn Parrress ADOH | CNA 10.52 | Better Job |

Please provide three (3) professional references with telephone numbers:
References:
1) Tonya Johnson 317-730-0727
2) Deedre McClung 317-544-9429
3) Deanna Anderson 317-490-4944

High School Name & Location: Lawrence North
Major Course of Study: HS Studies
Last Year Completed: 12 ☒
Diploma or Degree: Diploma
Did you graduate? Yes ☒ No ☐

College Name/Technical School & Location: MedTech College Indpls
Major Course of Study: ASN RN
Last Year Completed: 10 ☒
Diploma or Degree: Degree
Did you graduate? Yes ☒ No ☐

1. Type: RN
License/Certification/Registration No.: 28206090A
State: Indiana
Expiration Date: 10/31/2015

2. Type:
License/Certification/Registration No.:
State:
Expiration Date:

Signature: Ashley Johnson
Date: 9/14/2015

8

> **NAMETAG ORDER & ACKNOWLEDGEMENT FORM**
>
> Please E-Mail this form to namebadges@americansrcommunities.com
> or overnight them to Deanna Mullins at the home office.
> (The Signed Original goes in the Employee's File)
>
> ☑ NEW ORDER (New hires/Rehire only)
> ☐ REORDER
>
> Reason: _____
> (i.e. Lost, Damaged, Title Change, etc.)
> Please, remember to include charge on payroll worksheet.
>
> **Please order a name tag for me as indicated below**
> (**Please print clearly** - No Nicknames or Middle Initials)
>
> Ashley / Johnson / RN
> First Name / Last Name / Credentials (R.N., L.P.N., C.N.A., etc)
>
> Nursing
> Title/Department
>
> Rosebud Village
> Facility Name
>
> I acknowledge that a facility name tag will be ordered for me and I will wear it at all times as part of my uniform during working hours.
>
> I understand that should my employment end, I am required to return the nametag to the business office on my last day of work. I also understand that failure to return the name tag will result in a $5.00 deduction from my final paycheck.
>
> I further understand that should I lose/damage my name tag, a replacement fee of $5.00 will be deducted from my paycheck.
>
> [Signature] / 9/23/2015
> Employee Signature / Date

### Interview of Indiana Professional Licensing Agency Personnel

18. On April 29, 2016 I interviewed Stacy Barclay (Barclay), who is a Litigation Specialist for the Indiana Professional Licensing Agency. Barclay stated that she is specifically assigned to the Nursing Board.

19. I provided Barclay with social security number (SSN) XXX-XX-1007, which is known to be assigned to Johnson. Barclay advised that the there is no RN or Licensed Practical Nurse license assigned to the person with the preceding SSN.

20. Barclay then ran the same SSN for any license in their system. Barclay advised that this SSN is assigned to Ashley Nichole Johnson. Barclay stated that Johnson applied for a

9

pharmacy tech license in August of 2014 and also for a cosmetology license in October of 2012. She stated that both applications were "abandoned." Barclay stated that her system did not have the ability to run home health aide nor certified nurse aide licenses.

21. Barclay was then asked to run RN license number 28206090A, which was used at CLH. Barclay stated that this number is assigned to an Ashley Johnson with no middle name, with a date of birth of xx xx, 1972.

22. Barclay was then asked to run RN license number 28184272A, which was used at Rosewalk Village. Barclay stated that this number is assigned to an Ashley N. Johnson with a date of birth of xx xx, 1985.

### *Interview of Ashley Johnson (RN# 28206090A)*

23. On April 29, 2016, I was informed by FBI Special Agent Elizabeth Carlson that she had interviewed the Ashley Johnson who was born on xx xx, 1972 (Johnson 1972). Johnson 1972 stated that she has no middle name and that she is an RN. Johnson 1972 received her RN degree in 1997 from Ohlone College in California. She has been an RN for St. Vincent Hospital since she moved to Indiana in December of 2012. Johnson stated her RN license number is 28206090A – the RN license number Johnson provided to Rosewalk Village.

24. Johnson 1972 stated that she has never worked at Rosewalk Village. Johnson 1972 stated that she never authorized any person to use her RN license, license number, or license information for any reason other than her employer for human resources documentation.

### *Interview of Ashley N. Johnson (RN# 28184272A)*

25. On April 29, 2016, I was informed by FBI Special Agent Elizabeth Carlson that she had interviewed the Ashley N. Johnson who was born on xx xx, 1985 (Johnson 1985). Johnson 1985 stated that she is an RN, and her RN license number is 28184272A – the RN license

number Johnson provided to CHL. Johnson 1985 received her RN degree in 2009 from the University of Indianapolis. She has been employed with the Community Health Network since July of 2015. Prior to 2015, Johnson 1985 served in the United States Navy.

26. Johnson 1985 stated that she has never worked at CLH. Johnson 1985 stated that she never authorized any person to use her RN license, license number, or license information for any reason other than her employer for human resource documentation.

*Summary*

27. Based on the above information, which does not include all of the information known to me, probable cause has been established that Johnson:

A. in a matter involving a health care benefit program, knowingly and willfully made materially false, fictitious, or fraudulent statements or representations, or made or used materially false writings or documents knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in connection with the delivery of or payment for health care benefits, items, or services, all in violation of Title 18, United States Code, Section 1035; and

      B.      knowingly possessed and used, without lawful authority, a means of identification of another person, during and in relation to violating Title 18, United States Code, Section 1035, all in violation of Title 18, United States Code, Section 1028A(a).

David White
Special Agent
United States Department of Health and Human Services
Office of Inspector General
Office of Investigations

Subscribed and sworn to before me, Mark J. Dinsmore, United States Magistrate Judge, this 3rd day of May, 2016.

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana