# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

**SEALED**

United States of America
v.

ASHLEY N. JOHNSON
*Defendant*

) Case No. 1:16-mj-0283
)
)
)
)
)

**FILED**

MAY 0 6 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ASHLEY N. JOHNSON, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: False statements relating to health care matters, in violation of Title 18, United States Code, Section 1035; and
Count 2: Aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a).

Date: May 3, 2016

*Issuing officer's signature*

City and state: Indianapolis, Indiana

Mark J. Dinsmore, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/03/2016, and the person was arrested on *(date)* 5/6/2016
at *(city and state)* Indianapolis, Indiana

Date: 5/6/2016

*Arresting officer's signature*

Special Agent Elizabeth M Carlson
*Printed name and title*