UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0283 |
| | ) | |
| ASHLEY N. JOHNSON, | ) | - 01 |
| Defendant. | ) | |

**MINUTE ENTRY**
**For May 6, 2016**

Parties appear for an initial appearance on the Complaint dated May 3, 2016. Defendant appeared in person and by appointed counsel Michael Donahoe. Government represented by AUSA Cindy Cho. USPO represented by Jamie Roberts.

Charges, rights and penalties were reviewed and explained.

Defendant waived her right to a preliminary hearing and probable cause was found.

Government did not seek pretrial detention and defendant ordered released.

Government orally moved to unseal the case file and the Court granted the same.

Defendant released on conditions of pretrial release pending further proceedings before the Court.

Dated: 5/9/16

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.