UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 JUN -3 PM 2: 55

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:16-cr- |
| ASHLEY JOHNSON | ) 1:16-cr-0118 SEB-DKL |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges that:

### Count 1
### (False statements relating to health care matters)
### (Title 18, United States Code, Section 1035)

Beginning in or about September 1, 2015, and continuing until in or about April 25, 2016, in Marion County, in the Southern District of Indiana, ASHLEY JOHNSON, the defendant herein, in a matter involving a health care benefit program, knowingly and willfully made a materially false, fictitious, or fraudulent statement or representation, or made and used a materially false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in connection with the delivery of or payment for health care benefits, items, or services.

In violation of Title 18, United States Code, Section 1035.

JOSH J. MINKLER
United States Attorney

STATE OF INDIANA       )
                       )   SS:
COUNTY OF MARION       )

Cindy J. Cho, being first duly sworn, upon her oath deposes and says that she is an Assistant United States Attorney in and for the Southern District of Indiana, that she makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as she is informed and verily believes.

_____
Cindy J. Cho
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 1st day of June, 2016.

_____
Guey Jen Yang
Notary Public

My Commission Expires:

June 27, 2022

My County of Residence:

Hendricks

GUEY JEN YANG
Notary Public, State of Indiana
Hendricks County
Commission # 653454
My Commission Expires
June 27, 2022