UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| V. | ) | CAUSE NO. 1:16-cr- |
| ASHLEY JOHNSON, | ) | 1:16-cr-0118 SEB-DKL |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in an Information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 1035 False statements relating to health care matters | 5 | $250,000 | NMT 3 | |

Dated: _____   _____
Ashley Johnson
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana