**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**
**Indianapolis Division**

| | |
|---|---|
| UNITED STATES OF AMERICA      ) | |
|                   Plaintiff,      ) | |
| vs.                           ) | 1:16–cr–00118–SEB–DKL –1 |
|                           ) | |
| ASHLEY N. JOHNSON              ) | |
|                   Defendant.      ) | |

## PRETRIAL SERVICES ORDER

      A criminal charge has been filed against you in the United States District Court for the Southern District of Indiana. The date and place of your initial appearance before a United States Magistrate Judge is set out in the attached copy of the summons.

      Pursuant to Title 18, United States Code, § 3154, you are hereby ordered to report to the United States Probation Office, Room 101, U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana. Please call (317) 229–3750 to arrange for a pretrial services interview at least seventy–two hours (3 days) prior to your scheduled court appearance.

      In addition, you are ordered by the Court to contact the United States Marshal in Indianapolis for further processing. Please call (317) 226–6566 at least seventy–two hours (3 days) prior to your scheduled court appearance.

Dated: June 8, 2016

                                                      s/ Denise K. LaRue
                                                      United States Magistrate Judge
                                                        Southern District of Indiana